NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTHONY ROLLS,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No.  2D17-3440
                                        )
NICOLE ROLLS,                           )
                                        )
          Appellee.                     )
_____)

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Polk
County; Ellen S. Masters, Judge.

Anthony Rolls, pro se.

No appearance for Appellee.


PER CURIAM.

          Affirmed.



CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.